ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
JOHN G. VARTANIAN, III
AND MARY MURPHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. GOVAERTS,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; MARY MURPHY, ATTY; JOHN G. VARTANIAN, III, COUNTY OF SANTA CLARA; MELODY GRANDELL; AND DOES 1-10.<br><br>    Defendants. | C 08-00125 PVT<br><br>**DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE [28 U.S.C. § 636(c)]** |

Defendants JOHN G. VARTANIAN, III and MARY MURPHY hereby decline to proceed before a United States Magistrate Judge pursuant to Title 28 U.S.C., section 636(c), and request a reassignment.

Dated: January 8, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendants
JOHN G. VARTANIAN, III
AND MARY MURPHY

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Declination to Proceed Before
a U.S. Magistrate Judge          -1-          C 08-00125 PVT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*CLIFFORD M. GOVAERTS v. SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; MARY MURPHY, ATTY; JOHN G. VARTANIAN, III, COUNTY OF SANTA CLARA; MELODY GRANDELL; AND DOES 1-10.*

USDC Case No. C 08-00125

Superior Court Case No. 1-07-CV-095874

I, Cassaundra M. Foster, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE [28 U.S.C. § 636(c)]** by placing said copy in an envelope addressed to:

Clifford Govaerts
P.O. Box 2294
Cupertino, CA. 95015

which envelope was then sealed, with postage fully prepaid thereon, on **January 8, 2008**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **January 8, 2008**, at San Jose, California.

_____
Cassaundra M. Foster

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

108873.wpd

Proof of Service by Mail                 1                Superior Court Case No. 1-07-CV-095874