1
2
3
4
5
6
7

**United States District Court**
**Northern District of California**

8          # UNITED STATES DISTRICT COURT

9          ## Northern District of California

10   Govaerts,                                    08-00125 RMW

11                    Plaintiff(s),              **NOTICE RE: NONCOMPLIANCE**
                                                 **WITH COURT ORDER**
12        v.

13   Santa Clara County Department of Child

14   Support Ser,

15                    Defendant(s).

16

17          The parties have failed to file an ADR Certification and either a Stipulation and

18   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

19   Conference as required by the Initial Case Management Scheduling Order.  Counsel

20   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

21   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

22   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

23   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

24   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

25   at www.adr.cand.uscourts.gov.)

26

27          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

28   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

Notice Re: Noncompliance With Court Order

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

3  to an e-mail directed to adr@cand.uscourts.gov.

4

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if

6  required, to occur before the Case Management Conference.

7

8

9  Dated: April 16, 2008

10                                        RICHARD W. WIEKING
                                          Clerk
11                                        by:    Timothy J. Smagacz

12                                        _Timothy Smagacz_

13  ────────────────────────────────────────────
                                          ADR Administrative Assistant
14                                        415-522-4205
                                          Tim_Smagacz@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
08-00125 RMW                        -2-

**PROOF OF SERVICE**

Case Name:      Govaerts v. Santa Clara County Department of Child Support
Ser

Case Number:     08-00125 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court,
Northern District of California.  I am over the age of eighteen (18) years and not
a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On April 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as
specified by General Order No. 45 to the following parties:

>Clifford M Govaerts
>POB 2294
>Cupertino, CA 95015

>Santa Clara County Department of Child Support Services
>'

>Marcy L Berkman
>Office of the County Counsel
>70 West Hedding Street
>East Wing
>Ninth Floor
>San Jose, CA 95110-1770

>Marcy Berkman
>Attorney at Law
>70 West Hedding Street, 9th Floor, East Wing
>San Jose, CA 95110
>marcy.berkman@cco.sccgov.org

County of Santa Clara

,

Melody Grandell

,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov