```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California  95110-1770
    Telephone:  (408) 299-5900
 4  Facsimile:  (408) 292-7240

 5  Attorneys for Defendants
    JOHN G. VARTANIAN, III and MARY MURPHY
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. GOVAERTS, | NO. C 08-00125 RMW |
| Plaintiff, | **MOTION FOR RELIEF FROM ADR MULTI-OPTION PROGRAM** |
| v. | **(Local Rule 7)** |
| SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; MARY MURPHY, ATTY; JOHN G. VARTANIAN, III, COUNTY OF SANTA CLARA; MELODY GRANDELL; and DOES 1-10, | **(ADR Local Rule 3-3(c))** |
| Defendants. | |

Plaintiff's lawsuit alleges that Defendant employees of the County of Santa Clara violated his constitutional rights and committed various state law torts by endeavoring to enforce allegedly excessive child and/or spousal support payments against him. Defendants John Vartanian and Mary Murphy (collectively "Defendants") removed this action to federal court on January 8, 2008, whereupon the case was automatically assigned to the ADR Multi-Option Program pursuant to ADR Local Rule 3.

Defendants plan to file a summary judgment motion that they expect to be dispositive of this matter and therefore do not feel that ADR would be a productive or efficient

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defs' Motion for Relief from ADR
Multi-Option Program        -1-                C 08-00125 RMW

use of resources at this juncture.  Accordingly, pursuant ADR Local Rule 3-3(c) and Local Rule 7, Defendants move for relief from the automatic referral to ADR.

Dated: April 22, 2008                                    Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:          /S/
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendants
JOHN G. VARTANIAN, III and
MARY MURPHY

123021.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defs' Motion for Relief from ADR
Multi-Option Program                    -2-                    C 08-00125 RMW