```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California 95110-1770
    Telephone: (408) 299-5900
 4  Facsimile: (408) 292-7240

 5  Attorneys for Defendants
    JOHN G. VARTANIAN, III and MARY MURPHY
 6

 7
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. GOVAERTS, | NO. C 08-00125 RMW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY MAIL** |
| SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES et. al., | |
| Defendants. | |

I, Judi Sarner, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the

**MOTION FOR RELIEF FROM ADR MULTI-OPTION PROGRAM**

by placing said copy in an envelope addressed to:

Clifford Govaerts
P.O. Box 2294
Cupertino, California 95015

which envelope was then sealed, with postage fully prepaid thereon, on **April 22, 2008,** and placed for collection and mailing at my place of business following ordinary business

1  practices. Said correspondence will be deposited with the United States Postal Service at San
2  Jose, California, on the above-referenced date in the ordinary course of business; there is
3  delivery Service by United States mail at the place so addressed.
4       I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct, and that this declaration was executed on **April 22, 2008**, at San
6  Jose, California.

                                                                       */s/ Judi Sarner*
                                                                       Judi Sarner

123233.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail       -2-      C 08-00125 RMW