ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
JOHN G. VARTANIAN, III and MARY MURPHY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. GOVAERTS,<br><br>  Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES et. al..<br><br>  Defendants. | NO. C 08-00125 RMW<br><br>**PROOF OF SERVICE BY MAIL** |

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **CASE MANAGEMENT STATEMENT BY DEFENDANTS VARTANIAN AND MURPHY**, by placing said copy in an envelope addressed to:

Clifford Govaerts
P.O. Box 2294
Cupertino, California 95015

which envelope was then sealed, with postage fully prepaid thereon, on **April 23, 2008**, and placed for collection and mailing at my place of business following ordinary business

1  practices. Said correspondence will be deposited with the United States Postal Service at San
2  Jose, California, on the above-referenced date in the ordinary course of business; there is
3  delivery Service by United States mail at the place so addressed.
4      I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct, and that this declaration was executed on **April 23, 2008**, at San
6  Jose, California.

        _____
                Anna Marie B. Espiritu

123421.wpd