UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 2, 2008

Case No. C-08-00125-RMW      JUDGE: Ronald M. Whyte

CLIFFORD M. GOVAERTS            -V- COUNTY OF SANTA CLARA, et al.
Title

Appeared (Pro Se)                               M. Berkman, M. Grandell (Pro Se)
Attorneys Present                               Attorneys Present

COURT CLERK: Jackie Garcia            COURT REPORTER: Jana Ridenour

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Plaintiff advised the Court that he is seeking to retain counsel. Counsel for the County advised that they have accepted service on behalf of the individual defendants. Counsel has not accepted service on behalf of the County and advised that the County has not been properly served. Plaintiff to consider dismissing defendant Grandell. The Court set a Further Case Management Conference for 6/13/08 @ 10:30 AM. Initial disclosures are stayed.