ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
JOHN G. VARTANIAN, III and MARY MURPHY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. GOVAERTS,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES et. al..,<br><br>Defendants. | NO.  C 08-00125 RMW<br><br>**PROOF OF SERVICE BY MAIL** |

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770.  I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served a copy of the **CASE MANAGEMENT STATEMENT BY DEFENDANTS VARTANIAN AND MURPHY**, by placing said copy in an envelope addressed to:

Clifford Govaerts
P.O. Box 2294
Cupertino, California  95015

which envelope was then sealed, with postage fully prepaid thereon, on **May 30, 2008,** and placed for collection and mailing at my place of business following ordinary business

1 practices. Said correspondence will be deposited with the United States Postal Service at San
2 Jose, California, on the above-referenced date in the ordinary course of business; there is
3 delivery Service by United States mail at the place so addressed.
4     I declare under penalty of perjury under the laws of the State of California that the
5 foregoing is true and correct, and that this declaration was executed on **May 30, 2008**, at San
6 Jose, California.

                                 _/s/ Anna Marie B. Espiritu_
                                 Anna Marie B. Espiritu

123421.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail     -2-     C 08-00125 RMW