1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   JOHN G. VARTANIAN, III and MARY MURPHY
6

7

8              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

   CLIFFORD M. GOVAERTS,              )   NO. C 08-00125 RMW
11                                    )
            Plaintiff,                )
12                                    )   **PROOF OF SERVICE BY MAIL**
   v.                                 )
13                                    )
   SANTA CLARA COUNTY                 )
14 DEPARTMENT OF CHILD SUPPORT        )
   SERVICES et. al..                  )
15                                    )
            Defendants.                )
16 _____    )

17         I, Anna Marie B. Espiritu, say:

18         I am now and at all times herein mentioned have been over the age of eighteen years,

19 employed in Santa Clara County, California, and not a party to the within action or cause; that

20 my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-

21 1770. I am readily familiar with the County's business practice for collection and processing

22 of correspondence for mailing with the United States Postal Service. I served a copy of the

23 **CASE MANAGEMENT STATEMENT BY DEFENDANTS VARTANIAN AND MURPY**,

24 by placing said copy in an envelope addressed to:

25    Melody Grandell
      10338 Scenic Boulevard
26    Cupertino, CA 95014

27 which envelope was then sealed, with postage fully prepaid thereon, on **June 2, 2008,**

28 and placed for collection and mailing at my place of business following ordinary business

1 practices. Said correspondence will be deposited with the United States Postal Service at San
2 Jose, California, on the above-referenced date in the ordinary course of business; there is
3 delivery Service by United States mail at the place so addressed.
4     I declare under penalty of perjury under the laws of the State of California that the
5 foregoing is true and correct, and that this declaration was executed on **June 2, 2008**, at San
6 Jose, California.

_____
Anna Marie B. Espiritu

128758.wpd