IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. GOVAERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY DEPARTMENT<br>OF CHILD SUPPORT SERVICES,<br>et al.,<br><br>　　　　Defendant. | ***E-FILED - 6/5/08***<br><br>CASE NO.: C-08-00125-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　　PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for June 13, 2008, has been continued to **July 18, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are ordered to file a Revised Joint Case Management Statement by July 11, 2008.

　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: June 5, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jackie Lynn Garcia_
　　　　　　　　　　　　　　　　　　　　　　　　　　　JACKIE GARCIA
　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy for
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28