UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-08-00125-RMW        JUDGE: Ronald M. Whyte

**CLIFFORD M. GOVAERTS**        -V- **SANTA CLARA COUNTY, et al.**
Title

Appeared (Pro Se)                                M. Grandell (Pro Se), M. Berkman
Attorneys Present (Plaintiff)                    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia           COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Counsel for the County advised the Court that the Department of Child Support Services has not been properly served. Plaintiff must serve the Clerk of Board. The Court set a date to hear the following motions: Defendant's Motion to Dismiss and Plaintiff's Motion for Default as to the Department of Child Support Services for 10/3/08 @ 9:00 AM. Defendant Grandell is ordered to file her answer. The Court stayed initial disclosures. A Further Case Management Conference is set for 10/3/08 @ 10:30 AM.