```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California  95110-1770
    Telephone:  (408) 299-5900
 4  Facsimile:  (408) 292-7240

 5  Attorneys for Defendants
    JOHN G. VARTANIAN, III and
 6  MARY MURPHY
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE)

| | |
|---|---|
| CLIFFORD M. GOVAERTS,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; MARY MURPHY, ATTY; JOHN G. VARTANIAN, III, COUNTY OF SANTA CLARA; MELODY GRANDELL; AND DOES 1-10,<br><br>    Defendants. | No. C 08-00125 RMW<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Deputy County Counsel Marcy L. Berkman, the attorney of record for Defendants JOHN G. VARTANIAN, III and MARY MURPHY in the above-entitled action, will be out of the country and unavailable from and including October 8, 2008 through and including November 17, 2008. During these times, Ms. Berkman will be unavailable to respond to notices, discovery, motions or any other matter in this action.

Serving matters which require a timed response or scheduling matters which require an

//

//

1  appearance during this time can be punished by the Court with the imposition of sanctions.
2  *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299.
3  Dated: July 31, 2008                                    Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:    /S/
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendants
JOHN G. VARTANIAN, III and
MARY MURPHY

137347.wpd

County Counsel
County of Santa Clara
San Jose, California

Notice of Unavailability of Counsel            -2-            C 08-00125 RMW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

Govaerts v. County, et al.                                                         No. C 08-00125 RMW

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF UNAVAILABILITY OF COUNSEL,** by placing said copy in an envelope addressed to:

| | |
|---|---|
| Clifford Govaerts<br>P.O. Box 2294<br>Cupertino, CA  95015 | Melody Grandell<br>10338 Scenic Boulevard<br>Cupertino, CA  95014 |

which envelope was then sealed, with postage fully prepaid thereon, on **July 31, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **July 31, 2008,** at San Jose, California.

_____
Anna Marie B. Espiritu

134213.wpd