**United States District Court**
**For the Northern District of California**

E-FILED on:   4/14/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIFFORD M. GOVAERTS,<br><br>            Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, *et al.*,<br><br>            Defendants. | No. C-08-00125 RMW<br><br>ORDER GRANTING MOTION FOR RELIEF FROM ADR MULTI-OPTION PROGRAM<br><br>**[Re Docket No. 10]** |

The motion filed by defendants Mary Murphy and John G. Vartanian for relief from the ADR Multi-Option Program is granted subject to the parties' being re-assigned to the program if the court later determines that it might be helpful.

DATED:    4/06/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING RELIEF FROM ADR MULTI-OPTION PROGRAM
No. C-08-00125 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Marcy Beckman          marcy.berkman@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff**

Clifford M Govaerts
POB 2294
Cupertino, CA 95015

**Dated:**     4/14/09                              TER
                                         **Chambers of Judge Whyte**