E-FILED on: 4/23/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIFFORD M. GOVAERTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, *et al.*,<br><br>　　　　Defendants. | No. C-08-00125 RMW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT<br><br>**[Re Docket No.   ]** |

　　　　On April 20, 2009, plaintiff filed a Motion for entry of the Defaults of County of Santa Clara and of Santa Clara County Department of Child Support Services. The motion notices the hearing for four days later, on April 24, 2009 at 10:30 a.m. Local Rule 7-2(a) requires 35 days' notice, however, and the court's Standing Order on Case Management requires motions to be set for hearing on the court's 9:00 law and motion calendar, not the 10:30 CMC calendar. Plaintiff has failed to comply with Local Rule 7-2(a) and the Standing Order. Additionally, plaintiff's motion for default does not appear to be supported by proper service on defendant Santa Clara County. For the foregoing reasons, plaintiff's motion is denied.

DATED:　　　4/23/09　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION FOR ENTRY OF DEFAULT
No. C-08-00125 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Marcy Beckman                    marcy.berkman@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff**

Clifford M Govaerts
POB 2294
Cupertino, CA 95015

Clifford M Govaerts
 1101 S. Winchester Blvd.
Suite D-142
San Jose, CA 95128

**Dated:**     4/23/09                                             TER
                                                    **Chambers of Judge Whyte**

ORDER DENYING MOTION FOR ENTRY OF DEFAULT
No. C-08-00125 RMW

2